UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IBETO PETROCHEMICAL INDUSTRIES,
LIMITED,

                Plaintiff,

    -against-                                    **Rule 7.1 Statement**

M/T BEFFEN, her engines, tackle, boiler, etc.,
*in rem*; and BRYGGEN SHIPPING AND
TRADING A/S, *in personam*,

                Defendants.
-------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for IBETO PETROCHEMICAL INDUSTRIES, LIMITED (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        Union Autoparts Mfg. Co. Ltd.
        Ibeto Industries Ltd.
        Odoh Holdings Ltd.
        Kings Palace Hotel Ltd.

Date: March 4, 2005

_____
Signature of Attorney

Attorney Bar Code: KD-4997

*Received stamp: S.D.N.Y. Cashiers 2005*
*Case No. 05 CV 2590*
*JUDGE SCHEINDLIN*