UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IBETO PETROCHEMICAL INDUSTRIES,                    05 Civ. 2590 (SAS)
LIMITED,

                Plaintiff,

    - against –

M/T BEFFEN, her engines, tackle, boiler,                    **ORDER**
etc., *in rem;* and BRYGGEN SHIPPING AND
TRADING A/S, *in personam,*

                Defendants.
-----------------------------------------------------------------x

      The Court having been advised that service upon the defendant of the Summons

and Complaint pursuant to the Convention For Service Abroad of Judicial or

Extrajudicial Documents in Civil or Commercial Matters has not been completed; and for

good cause shown; it is

      ORDERED that the pretrial conference originally scheduled for May 17, 2005, is

adjourned to July 21, 2005 at 4 ³ⁿ .

                SO ORDERED,

                _____
                Honorable Shira A. Scheindlin
                United States District Judge