```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X    05 CIV 2590 (SAS)
IBETO PETROCHEMICAL INDUSTRIES,
LTD.,

                            Plaintiff,          RULE 7.1 STATEMENT

        -against-

M/T "BEFFEN", her engines, tackle,
boiler, etc  in rem; and BRYGGEN
SHIPPING AND TRADING A/S, in
personam,

                            Defendants.
-------------------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, attorneys of record for defendant BRYGGEN SHIPPING AND TRADING A/S certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of BRYGGEN SHIPPING AND TRADING A/S.

Dated:  New York, N.Y.
        August 5, 2005

_____
GARTH S. WOLFSON (GW 7700)