

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

# JUDGMENT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of January, two thousand seven.

Before:  Hon. Roger J. Miner,
Hon. Guido Calabresi,
*Circuit Judges,*

Hon. Jane A. Restani,*
*USCIT.*

UNITED STATES COURT OF APPEALS
FILED
JAN 1 7 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Docket No. 05-6610-cv

IBETO PETROCHEMICAL INDUSTRIES LIMITED,

*Plaintiff-Counter-Defendant-Appellant,*

v.

M/T BEFFEN, HER ENGINES, TACKLE, BOILER, ETC., IN REM,

*Defendant-Appellee,*

and

BRYGGEN SHIPPING AND TRADING A/S, IN PERSONAM,

*Defendant.*

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED in part, and the judgment of said District Court be and it hereby is AFFIRMED in part, and MODIFIED in part in accordance with the opinion of this Court.

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by

Arthur M. Heller
Motions Staff Attorney

---

* Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

Issued as Mandate: FEB - 7 2007