# HILL RIVKINS

## HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699     e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

November 28, 2007



**BY HAND**

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: **Ibeto Petrochemical Industries, Ltd. v. M/T BEFFEN**, *et al.*
**Docket No. 05 Civ. 2590 (SAS)**
<u>**Our File No: 28660-KBD**</u>

Dear Judge Scheindlin:

    We represent plaintiff, Ibeto Petrochemical Industries, Ltd., in the above-captioned matter.

    The Court, in its Opinion and Order dated November 21, 2005, stayed the present case pending arbitration in London.

    We understand that there is a conference before the Court on November 29, 2007 in order to inform the Court as to the status of the arbitration. On October 29, 2007 the sole arbitrator issued an award, a copy of which we enclose for the Court's ready reference. As the Court will note the arbitrator held that there was no right to arbitrate in London.

    We have just been informed that the defendant has appealed the arbitrator's decision.

---

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

November 28, 2007
Page Two

  In view of the foregoing, we respectfully request that the conference be adjourned at least three months to allow the appellate court to hear the case.

         Respectfully submitted,

         HILL RIVKINS & HAYDEN LLP

         Keith B. Dalen

/cb
Enclosure
088-court

cc: Mahoney & Keane LLP
   Attn: Edward A. Keane, Esq.
   ***Via Telecopier: 212-385-1605 (w/o encl.)***

*Plaintiff's request is granted. The conference previously scheduled for Nov. 29, 2007 is adjourned to February 4, 2008, at 4:30 p.m.*

*SO ORDERED:*

Date: Nov. 28, 2007



Shira A. Scheindlin, USDJ