# HILL RIVKINS

## HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

*[Handwritten annotation: This case will be placed in the suspense calendar until further notice.]*

January 18, 2008

**BY HAND**
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

*[Stamp: RECEIVED CHAMBERS OF JAN 1 8 2008 JUDGE SCHEINDLIN]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/22/08]*

Re:   **Ibeto Petrochemical Industries, Ltd. v. M/T BEFFEN**, *et al.*
      **Docket No. 05 Civ. 2590 (SAS)**
      **Our File No: 28660-KBD**

Dear Judge Scheindlin:

We represent plaintiff, Ibeto Petrochemical Industries, Ltd., in the above-captioned matter.

In our letter of November 28, 2007, we advised the Court that this matter is now presently under appeal in London. The matter remains on appeal with no further developments to date.

In view of the foregoing, we respectfully request that the pretrial conference presently scheduled for February 4, 2008 be adjourned until some time in May, 2008.

We thank the Court for its attention in this matter.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

Keith B. Dalen

/cb
090-court

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263  Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com

January 18, 2008
Page Two


cc:    Mahoney & Keane LLP
       Attn:   Edward A. Keane, Esq.
       ***Via Telecopier: 212-385-1605***

HILL RIVKINS